**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000112
28-APR-2025
08:02 AM
Dkt. 86 OAWST**

NO. CAAP-23-0000112

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


AMKO BUILDERS, INC.; NIKOLAY MYSIN,
Plaintiffs/Counterclaim Defendants-Appellees,
v.
TIARE LEHUA FULLERTON, Defendant/Counterclaimant-Appellant,
and JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL ENTITIES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-20-0001284)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and Guidry, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal" (**Stipulation**), filed on April 15, 2025, by Defendant/Counterclaimant-Appellant Tiare Lehua Fullerton, pursuant to Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 42(b), the papers in support, and the record, it appears that:

(1) the appeal has been docketed and the filing fees have been

paid; (2) the parties stipulate to dismiss the appeal and bear their own costs and attorneys' fees associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in this appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees in this appeal.

DATED:  Honolulu, Hawaiʻi, April 28, 2025

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge